Certificate Number: 05781-FLM-DE-041572201

Bankruptcy Case Number: 26-09092

05781-FLM-DE-041572201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2026, at 12:15 o'clock PM PDT, Janilsa Gonzalez Cotto completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: October 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President