Certificate Number: 05781-FLM-DE-041591892

Bankruptcy Case Number: 26-08172

05781-FLM-DE-041591892

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 4:02 o'clock AM PDT, Shayleen Ocasio-Ramirez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President